UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>S. DEJESUS, et al.,<br><br>Defendants. | No. 2:21-cv-1411 KJM CKD P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

     Plaintiff has submitted several motions including what the court construes as a motion to proceed in forma pauperis. As indicated in the court's September 3, 2021 order, plaintiff is barred from proceeding in forma pauperis under 28 U.S.C. § 1915(g). Accordingly, the court will recommend that plaintiff's motion to proceed in forma pauperis be denied.

     Good cause appearing, IT IS HEREBY ORDERED that the court's September 3, 2021 order that plaintiff pay the $402 filing fee within 14 days is vacated.

     IT IS HEREBY RECOMMENDED that:

     1. Plaintiff's motion to proceed in forma pauperis be denied;

     2. Plaintiff be granted 14 days from the denial of his motion to proceed in forma pauperis to pay the $402 filing fee;

     3. All other outstanding motions be denied without prejudice until after plaintiff pays the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 16, 2021

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brad1411.difp