UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>S. DEJESUS, et al.,<br><br>Defendants. | No. 2:21-cv-1411 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that the court reconsider its December 16, 2021 order dismissing this case. A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). *See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir. 1993).

On November 15, 2021, the magistrate judge assigned to this case recommended dismissal and granted plaintiff fourteen days to file objections to that recommendation. Plaintiff asserts he never received a copy of the findings and recommendations. Mot. for Recons. at 1–2, ECF No. 16.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (ECF No. 16) is granted;

2. Judgment entered December 16, 2021 is vacated;

/////

1

3. The Clerk of the Court is directed to send plaintiff a copy of the assigned magistrate judge's November 15, 2021 findings and recommendations; and

4. Plaintiff is granted 21 days within which to file objections to the findings and recommendations.

DATED: February 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE