UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | No. 2:21-cv-1411 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| S. DEJESUS, et al., | |
| Defendants. | |

On February 7, 2022, plaintiff was granted 21 days within which to file objections to the magistrate judge's November 15, 2021 findings and recommendations and the Clerk of the Court was directed to send plaintiff a copy of the findings and recommendations. In a document filed March 14, 2022, plaintiff asserts that a copy of the findings and recommendations was not included with the February 7, 2022 order. This is the second time plaintiff has indicated he did not receive a copy although the Clerk of the Court indicated on the court's docket that copies were sent.

Plaintiff is advised that the November 15, 2021 findings and recommendations read as follows:

> On October 20, 2021, plaintiff was ordered to pay the $400 filing fee for this action within 14 days. Plaintiff was warned that failure to pay the filing fee within 14 days would result in dismissal. Plaintiff has not paid the filing fee.

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted an extension of time of 21 days to file objections the November 15, 2021 findings and recommendations.

Dated: March 23, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brad1421.ext